ELIZABETH BARBERI, PETITIONER-PETITIONER, v. HAM-ILTON FARMS, INC., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Joseph Teich, Mr. Jerome S. Lieb* and *Mr. Stanley M. Teich* for the petitioner.

*Messrs. Vaccaro & Osborne* for the respondent.

September 28, 1964.

IN THE MATTER OF THE JUDICIAL SETTLEMENT OF THE FIRST AND FINAL ACCOUNT OF THE PROCEEDINGS OF THE TRUST COMPANY OF MORRIS COUNTY UNDER A DEED OF TRUST OF WILLIAM CHILDS (DECEASED) DATED DECEMBER 9, 1937.

On petitions for certification to Superior Court, Appellate Division.

*Messrs. Bowers, Rinehart & Murphy, Mr. Arthur B. Smith, Messrs. Schenck, Price, Smith & King, Mr. Edward L. C. Vogt, Messrs. Osborne, Cornish & Scheck, Mr. Arthur J. Sills, Mr. James S. Oliver, Mr. Garrett A. Hobart, IV, Messrs. Soons & Soons* and *Messrs. Cummings & Lockwood* of the Connecticut Bar for the petitioners.

*Messrs. Carey & Jardine* for the respondents.